BETTY REED, PLAINTIFF-RESPONDENT, v. JOHN SLAUGHTER, CONSTANCE SLAUGHTER AND SLAUGHTER'S BETTER CLEANERS, DEFENDANTS-APPELLANTS, AND COUNTY OF ESSEX, DIVISION OF WELFARE, AND STATE OF NEW JERSEY, DEPARTMENT OF HUMAN SERVICES, DEFENDANTS.

Superior Court of New Jersey
Appellate Division

Submitted February 24, 1987—Decided March 19, 1987.

Before Judges ANTELL and LONG.

*David H. Ben-Asher,* Essex County Counsel, attorney for appellant Essex County Division of Welfare (*Allen Zaks,* Assistant County Counsel, of counsel and *Allan C. Stephens,* Assistant County Counsel, on the brief).

*W. Cary Edwards,* Attorney General, attorney for respondent Department of Human Services (*Dorothy J. Donnelly,* Deputy Attorney General, on the statement).

*Norman A. Maranz,* attorney for respondent Betty Reed (*Norman A. Maranz* on the brief).

PER CURIAM.

The determination under review is affirmed substantially for the reasons stated by Judge Yanoff (Retired on Recall) in his formal written opinion of June 6, 1986 for the Law Division, 213 *N.J.Super.* 123.